IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

HOLLY HALVERSON,   )
                   )
                   )
    Plaintiff,     )
                   )
v.                 )   Case No. CIV-22-177-PRW
                   )
KILOLO KIJAKAZI, Acting )
Commissioner of the Social )
Security Administration )
                   )
                   )
                   )
    Defendant.     )

# ORDER

This action seeking judicial review of an agency final decision pursuant to 42 U.S.C. § 405(g) is before the Court on the Defendant's Unopposed Motion to Change Venue (Dkt. 5) and U.S. Magistrate Shon T. Erwin's Report & Recommendation (Dkt. 6), entered on July 6, 2022. Plaintiff Holly Halverson filed this action challenging the agency's action finding her ineligible for Social Security benefits in the Western District of Oklahoma. Halverson's Complaint alleges that she resides in Mayes County, which is in the jurisdiction of the Northern District of Oklahoma.[1] The Defendant promptly moved to transfer this case, arguing that since Halverson resides in the Northern District of Oklahoma, 42 U.S.C. § 405(g) makes clear that the Northern District is the proper venue for this action. Magistrate Erwin recommended granting the Defendant's Motion.

---

[1] *See* Compl. (Dkt. 1), at 1.

1

The Court observes that no party has objected to the Report & Recommendation within the time limits prescribed. The Court has also reviewed the Report & Recommendation (Dkt. 6) de novo and agrees with the reasoning and conclusions therein. Accordingly, the Court **ADOPTS** Magistrate Judge Erwin's Report & Recommendation (Dkt. 6) and **DIRECTS** the Clerk to transfer this action to the Northern District of Oklahoma.

**IT IS SO ORDERED** this 20th day of July 2022.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE